# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2014

## NO.  03-11-00227-CR

**Terrance Damien Ford, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court on February 24, 2011.  Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal.  However, there was error in the judgment that requires correction.  The Court modifies the trial court's judgment of conviction to delete the order for repayment of $4,500.00 attorney's fees.  The Court affirms the trial court's judgment of conviction as modified.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.